**Cedric GREENE, Jr., Plaintiff–Appellant,**

v.

**B. SANDERS; et al., Defendants–Appellees.**

No. 12–16450.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2012.*

Filed Jan. 3, 2013.

Cedric Greene, Jr., Los Angeles, CA, pro se.

Michael A. Terhorst, Beeson Terhorst, LLP, Sacramento, CA, for Defendants–Appellees.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM ***

Former California state prisoner Cedric Greene, Jr., appeals pro se from the district court's judgment following a jury trial in his 42 U.S.C. § 1983 action alleging violations of his Eighth Amendment rights. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a ruling on a motion to continue, *Danjaq LLC v. Sony Corp.*, 263 F.3d 942, 961 (9th Cir.2001), and we affirm.

The district court did not abuse its discretion in denying Greene's motion for a continuance because Greene had not demonstrated diligence in his efforts to prepare his defense prior to the date set for trial, a continuance on the day of trial would have seriously inconvenienced the court and defendants, and Greene has failed to establish that he was prejudiced by the denial. *See United States v. Flynt*, 756 F.2d 1352, 1359 (9th Cir.1985).

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.